675 A.2d 1238

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Petitioner,**

v.

**W. Donald PATTON, Administrator of the Estate of Brenda L. Patton, Deceased, Respondent.**

Supreme Court of Pennsylvania.

May 29, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 29th day of May, 1996, the Petition for Allowance of Appeal is hereby GRANTED, but LIMITED to the issue of

Whether the Commonwealth Court erred in failing to recognize the legal error resulting from the trial court's refusal to submit a point for charge to the jury on the issue of notice?

NEWMAN, J., did not participate in the consideration or decision of this matter.